UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

v.                                    CASE NO: 6:23-CR-216-CEM-RMN

MICHAEL ANGELO TOLLEN,
_____/

APPENDIX

Allocution ........................................................................................................... A
Typed Allocution ............................................................................................. A-1
Written Allocution ........................................................................................... A-2

Letters of Support ................................................................................................B
Arlyn Tollen, wife (Typed) ............................................................................. B-1
Mark Tollen, son ............................................................................................. B-2

United States Air Force....................................................................................... C
DD214 .............................................................................................................. C-1

Photos .................................................................................................................. D
United States Air Force Veteran ..................................................................... D-1

Psychological Report, Dr. Chelsea Bennett............................................... E

Good morning, Your Honor:

Thank you for allowing me to speak before you today. I first want to express my sincerest apologies to Your Honor, the United States and my family. I am completely remorseful and fully regret the pain and suffering that I have caused to all. I pray my family finds it in their heart to forgive me. My sincerest wish is for my family to heal and move forward.

Good morning, Your Honor:

Thank you for allowing me to speak before you today. I first want to express my sincerest apologies to Your Honor, the United States and my family. I am completely remorseful and fully regret the pain and suffering that I have caused to all.

I pray my family finds it in their hearts to forgive me. My sincerest wish is for my family is to heal and move forward.

Michael Fallen

Honorable U.S. District Court Judge
Carlos E. Mendoza
401 W. Central Blvd.
Orlando, FL 32801

My name is Arlyn Tollen and I am the wife of Michael A. Tollen. We married on May 11, 1981 in San Juan, Puerto Rico. We have been happily married for the last 43 years. I have been a hairdresser for almost 35 years. I still work as a hairdresser, but have reduced my hours to working one day a week.

During our marriage I can honestly say that Michael has always bee a great provider and an excellent father. Michael has helped many young me achieve their dreams, through education and sports. Michael was involved with helping the baseball team members become better players. He was also a father figure to many of them. We both have great memories from Michaels involvement at the Florida Air Academy.

When my father became ill with Alzheimer's Disease, Michael suggested we both leave Florida and move to Puerto Rico to help. Michael did not have any reservation of leaving to go care for my father, and for this I cannot thank him enough. Michael has always been caring and takes pleasure in helping others, he has always been this way. I admire his compassion to help others in need.

He has also helped me with my two uncles who were apart for many years. Michael thought it would be a good idea to reunite them after being apart for 30 years. Today my two uncles live together in Manhatanville Health Care Center, New York.

For more than 25 years has been there for his mother. His mother is 93 years old and Michael has been there to financially support her. His mother's health is not well these days and needs to be taken care of by others. Michael's sister has been her caretaker, but she has recently suffered a stroke. This situation has broken his heart in knowing he could not be there to take care of them both.

What happened on October 15, 2023 is not the Michael Tollen that I know. I close my eyes and open them thinking it is just a bad dream. This behavior was a total surprise to us all. I pray that he gets the help he needs, as we love him and pray for him everyday.

I hope and pray that your Honor finds compassion and mercy at the time of Michael's sentencing.

Sincerely,
Arlyn Tollen

January 18, 2024

U.S. District Judge Carlos E. Mendoza

401 West Central Blvd.

Orlando, Florida 32801

Dear Honorable Judge Mendoza,

My name is Mark Anthony Tollen, my father is Michael Angelo Tollen. I'm currently an operations manager at L3Harris Technologies. I currently lead an operations team whose goal is to deliver mission critical electronic components to Lockheed Martin. These electronic components are installed in our military's lates generation fighter jets, the F-35, the F-35 program is our company's largest and most profitable program ever, I am extremely proud to be part of the program.

I could not have achieved my success without the guidance, as a child, of my father. My father at a very young of 7, signed me up for a little league baseball team. My father was my guide, he always made sure I had the best instructors to teach me how to properly play the game. Unbeknownst to me at the time, he was preparing me to be a leader.

We moved to Florida from Puerto Rico when I was 13 years of age. My father moved us here so that we could get the best quality of life. It was difficult at first, but then I made friends through the game of baseball. After high school, I attended the Naval Nuclear Program which I successfully passed my board exam and received a certification to operate nuclear reactors by the U.S. Department of Energy.

I met my wonderful wife, Erika, in 2005 in Melbourne, Florida. Ever since we met we have been inseparable. Erika is an architectural drafter by trait, but ca no longer perform drafting due to medical issues. Erika has dedicated her life to being a homemaker and I truly believe that she's the heartbeat of our family. Together, Erika and I have three wonderful children. In 2009, we brought in this world a set of twins, ▇▇▇▇ and ▇▇▇▇. It was not until the girls were two years of age that we discovered that ▇▇▇▇ had mental disabilities and that we will more than likely need to assist ▇▇▇▇ our entire lives'. Erika and I immediately shifted to being devoted advocates or out daughter, ▇▇▇▇. Her sister, ▇▇▇▇, has developed as a typical teenager, she gets good grades and loves the game of volleyball. Our son, ▇▇▇▇, is 11 years of age and loves school and the fame of football.

I am writing this letter in the hopes that the court can have an insight of the Tollen family. I want to acknowledge that I am the successful man that I am today because of my father. My father had taught me to respect and love others, as he does. It is still hard for me to believe that my own father has damaged our family. I know that my father loves my children and he has a special connection with each one of them. The children also love and miss him terribly. I forgive my father for what he has done to our family, as he also taught me the power of

forgiveness. We will all work together in an effort to reunite this family again. Through therapy, love and prayer we will heal.

Please consider my statement when making your decision. We, his family, will undoubtedly stand behind him and support him so that he can get the proper treatment.

Sincerely,

Mark Anthony Tollen

# ARMED FORCES OF THE UNITED STATES REPORT OF TRANSFER OR DISCHARGE

**SAFEGUARD IT.**

| | |
|---|---|
| 1. LAST NAME-FIRST NAME-MIDDLE NAME | TOLLEN MICHAEL ANGELO |
| 2. SERVICE NUMBER | AF [redacted] |
| 3. SOCIAL SECURITY NUMBER | [redacted] |
| 4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS | AIR FORCE RegAF |
| 5a. GRADE, RATE OR RANK | AB |
| 5b. PAY GRADE | E1 |
| 6. DATE OF RANK | 14 Dec 71 |
| 7. U S CITIZEN | XX YES |
| 8. PLACE OF BIRTH | New York City, NY |
| 9. DATE OF BIRTH | [redacted] |
| 10a. SELECTIVE SERVICE NUMBER | 53 15 48 258 |
| 10b. SELECTIVE SERVICE LOCAL BOARD | LB#15, Carolina, Puerto Rico |
| 10c. DATE INDUCTED | NA |
| 11a. TYPE OF TRANSFER OR DISCHARGE | Release from active duty |
| 11b. STATION OR INSTALLATION AT WHICH EFFECTED | MacDill AFB, Tampa, FL |
| 11c. REASON AND AUTHORITY | AFM 39-10, Chap 3, Sec A, (SDN 424), ETS. |
| 11d. EFFECTIVE DATE | 23 Dec 71 |
| 12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 1st Fld Maint Sq TAC |
| 13a. CHARACTER OF SERVICE | **HONORABLE** |
| 13b. TYPE OF CERTIFICATE ISSUED | NA |
| 14. DISTRICT, AREA COMMAND OR CORPS TO WHICH RESERVIST TRANSFERRED | USAFR |
| 15. REENLISTMENT CODE | 2 |
| 16. TERMINAL DATE OF RESERVE/UMT&S OBLIGATION | 13 Dec 73 |
| 17. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION — SOURCE OF ENTRY | XX ENLISTED (First Enlistment) |
| 17b. AFQT-1 (50-III) | |
| 17b. TERM OF SERVICE | 4+1/12 |
| 17c. DATE OF ENTRY | 14 Dec 67 |
| 18. PRIOR REGULAR ENLISTMENTS | None |
| 19. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SVC | AB |
| 20. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE | Ramey AFB, Puerto Rico |
| 21. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE | Carolina, Puerto Rico |

22. STATEMENT OF SERVICE

| | YEARS | MONTHS | DAYS |
|---|---|---|---|
| a. CREDITABLE FOR BASIC PAY PURPOSES — (1) NET SERVICE THIS PERIOD | 04 | 00 | 08 |
| (2) OTHER SERVICE | 00 | 00 | 00 |
| (3) TOTAL (Line (1) plus Line (2)) | 04 | 00 | 08 |
| b. TOTAL ACTIVE SERVICE | 04 | 00 | 08 |
| c. FOREIGN AND/OR SEA SERVICE | 02 | 00 | 13 |

| | |
|---|---|
| 23a. SPECIALTY NUMBER & TITLE | 42133 Apr Aero Gnd Eqp Rpmn |
| 23b. RELATED CIVILIAN OCCUPATION AND D.O.T NUMBER | NA |

24. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED

NDSM; AFGCM, 14 Dec 67 - 13 Dec 70; AFM 900-3.

25. EDUCATION AND TRAINING COMPLETED

Bsc Mil Tng Crs ABM00010 68. Apr Aerosp Gnd Eqp Rpmn Crs ABR42133 68. Upgrade Tng Gen Subs Crs 70000 68. Aerosp Gnd Eqp Rpmn Crs 42153 69.

| | |
|---|---|
| 26a. NON-PAY PERIODS/TIME LOST (Preceding Two Years) | Time Lost: 12 Dec-13 Dec 71. Excess Leave: 12 Jan 70-23 Jan 70. |
| 26b. DAYS ACCRUED LEAVE PAID | NOT PAID See Item 30 |
| 27a. INSURANCE IN FORCE (NSLI or USGLI) | NO |
| 27b. AMOUNT OF ALLOTMENT | NA |
| 27c. MONTH ALLOTMENT DISCONTINUED | NA |
| 28. VA CLAIM NUMBER | None |
| 29. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE | NONE |

30. REMARKS

High School-graduated. Blood Group A-POS. LNAC, 23 Jan 68, DOD NACC, OSI D/o 15-4632, Ft Holabird, MD 21219. AQE Scores: M-15, A-45, G-50, E-65. DAFSC: 42133. Extension of service was at the request and for the convenience of the government. Member due U.S. for (11.5) days excess leave.

| | |
|---|---|
| 31. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE | 1504 South Howard St, Tampa, Hillsborough, FL 33606 |
| 32. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED | [signature] |
| 33. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER | M K COPPLE, SMSGT, USAF, Chief, CAC |
| 34. SIGNATURE OF OFFICER AUTHORIZED TO SIGN | [signature] 13 JAN 1972 |

DD FORM 214, 1 JUL 66    PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.    2



Airman Michael A. Tollen, son of Mrs. Lillian Tollen of 944 Kelly St., has completed basic training at Lackland AFB, Tex. He has been assigned to the Air Force Technical Training Center at Chanute AFB, Ill., for specialized schooling as an aircraft equipment repairman.

**UNITED STATES AIRMAN MICHAEL A. TOLLEN**



**PSYCHOLOGICAL AFFILIATES**
www.psychologicalaffiliates.com

*Celebrating Our 36th Anniversary 1988-2024*

## CONFIDENTIAL PSYCHOLOGICAL EVALUATION

NAME: MICHAEL TOLLEN
■■■■■■■■■■ ■■■■■ (Age: 75)
DATE SEEN: 03/18/24
DATE OF REPORT: 06/18/24
CASE NUMBER: 6:23-cr-216-CEM-RMN

Deborah O. Day, Psy.D.
LMHC/Licensed Psychologist
Certified Family Mediator
Collaborative MH Neutral

Jacquelyn Olander, Ph.D.
Licensed Psychologist

Alan Grieco, Ph.D.
Licensed Psychologist
Sex Therapist

Kyle J. Goodwin, Psy.D.
Licensed Psychologist

Christine Hammond, M.S.
Licensed Mental Health Counselor
National Certified Counselor
Qualified Parenting Coordinator
Collaborative MH Neutral

Melvin Pagán-González, Psy.D.
Licensed Psychologist

Amy Cuccuro, Psy.D.
Licensed Psychologist

Chelsea Bennett, Psy.D.
Licensed Psychologist

Melissa Rini, M.S.
Licensed Mental Health Counselor

REASON FOR REFERRAL: Michael Tollen, the defendant in the above-referenced criminal case, was evaluated pursuant to a request for a psychological evaluation from Michael Ryan, Assistant Federal Defender for the Orlando Division in the Middle District of Florida. The request specified that Mr. Tollen be assessed to identify potential areas of mitigation for the Court's consideration relevant to a pending criminal case. As specified in the request, a copy of this report is being sent to the defendant's attorney.

FORENSIC NOTIFICATION: Prior to the commencement of the evaluation, Mr. Tollen was informed of the nature of the evaluation, issues pertaining to confidentiality, the limits, and to whom the evaluation would be shared. He expressed a verbal understanding of these instructions and agreed verbally and in writing to participate in the evaluation.

SOURCES OF INFORMATION & BACKGROUND INFORMATION:

1. In-person forensic interview and psychological testing with Mr. Tollen at the Orange County Jail on March 18, 2024, for approximately three hours and forty minutes.
2. Telephone consultation with Grace Villazon, Investigator, on March 5, 2024, and April 24, 2024.
3. Telephone consultation with Jim Skuthan, Assistant Federal Defender, on March 27, 2024.
4. Telephone interview with Arlyn Tollen, Mr. Tollen's wife, on April 11, 2024.
5. Telephone interview with Mark Tollen, Mr. Tollen's son, on April 11, 2024.
6. Additional records provided by Grace Villazon, Investigator:
   a. United States District Court Indictment, case number 6:23-cr-216-CEM-RMN, received November 15, 2023.
   b. Presentence Investigation Report, dated May 13, 2024.
   c. Department of Veteran Affairs- Orlando Healthcare System records, dates ranging from June 16, 2014, to December 14, 2017.

CASE HISTORY/PRESENT SITUATION: Mr. Tollen has been charged with Sexual Abuse of a Minor in violation of 18 U.S.C. § 2243(a). On March 11,

TOLLEN, MICHAEL
Page 2 of 11

2024, Mr. Tollen appeared before United States District Judge Carlos E. Mendoza and pleaded guilty to Counts One, Two, Three, and Four of the Indictment. The court accepted the defendant's plea and adjudicated the defendant guilty. Mr. Tollen has been incarcerated since October 24, 2023, and is awaiting sentencing in his case. He is presently housed at the Orange County Jail on a Christian dorm.

RELEVANT BACKGROUND: *The information included below was reported by Mr. Tollen during the current forensic interview.*

FAMILY HISTORY: Mr. Tollen was born and raised in New York City by his mother and father alongside three siblings. He stated his paternal grandparents were also heavily involved in his upbringing and he often visited Puerto Rico with them. At around the age of 10 or 11, his family moved to Puerto Rico. His parents divorced when he was around 12 years old and his father moved to Honduras to work and his mother left with his oldest sister, leaving Mr. Tollen and his two siblings with their grandparents. Mr. Tollen reported his primary language is English but he is also fluent in Spanish.

When asked to describe his childhood, Mr. Tollen stated his paternal grandparents "were like my mother and father. They were good." He indicated he grew up in "very friendly" neighborhoods and got along with all of the neighbors in the building where he was raised in New York City. He stated his mother was a stay-at-home mother and his paternal grandparents owned the building they lived in. Mr. Tollen reported the apartment where he was raised was a four- or five-bedroom apartment on the first floor of the building, and his grandparents lived on the top floor. He often stayed with his grandparents. Mr. Tollen denied his family having any financial difficulties and reported the family was always able to afford clothing, utilities, and groceries.

He reported having a "good" relationship with his siblings as children. Mr. Tollen described the relationship with his mother as a child as "always good." He stated his father worked in construction and often drank alcohol during work and after work. He described his father to be an alcoholic and he reported his father was physically abusive toward him and his siblings, adding that he would use a belt. He also described his father would be abusive towards his mother, stating, "Everybody got hit." He stated he witnessed many physical fights between his mother and father, adding, "I was very young but still remember those days." He recalled his father drank every day and had a bad temper. Mr. Tollen stated his father would sometimes come home "and had already lost [his temper]." He stated his mother and siblings liked to leave the home with his father was home. Despite the reported domestic violence perpetrated by his father, Mr. Tollen denied a history of law enforcement responses to the home during his childhood, as his mother never called the police. He did not report a history of involvement with child protective services or removal from the family home during his childhood. Mr. Tollen also reported a history of sexual abuse as a child. He reported that around the age of five he was abused by an older neighbor, adding he had never reported this to anyone until he recently informed his attorney.

Mr. Tollen's father passed away in 2019 due to COVID. His mother is 93 years old and lives in New York. He added his mother has Parkinson's Disease and his sister acts as their mother's caretaker. Mr. Tollen reported he and his wife were previously planning to move to New York to assist in caring for his mother. His sister recently had a stroke that left her with severe

impairments. Mr. Tollen reported he remains in close contact with his sister but is not able to speak with his mother, as she is very limited in her speech abilities.

Mr. Tollen first lived in Florida in 1969 when he attended basic training with the Air Force. He reported he, his wife, and their son later moved to Florida after his son was recruited to play baseball at a military academy. The family moved to the Melbourne, Florida area, where Mr. Tollen has mainly resided since that time. At the time of his arrest in the current case, Mr. Tollen lived with his wife on Patrick Space Force Base in Brevard County, Florida. He stated they had lived at the base for five years but did not plan to renew the lease in order to move to New York to assist in the care of his mother.

Mr. Tollen has been married three times. He is currently married to his wife, Arlyn, and reported they have been married for 42 years. He has two adult children, one from his second wife and one he shares with his current wife. Mr. Tollen also has eight grandchildren. He identified his main support system as his wife and son.

DEVELOPMENTAL HISTORY: Mr. Tollen did not report a known history of developmental delays or birth complications.

EDUCATIONAL HISTORY: Mr. Tollen attended a Catholic school until the eighth grade. He graduated high school from a military academy in Puerto Rico. He denied a history of special education services in school or being retained in a grade and described his overall academic achievement as "good." He also did not report a history of behavioral problems in school. Mr. Tollen later attended one year of college at Lehman College in New York studying general studies, but did not obtain a degree. When asked about a history of extracurricular activities or sports in his schooling career, Mr. Tollen stated he played softball in high school.

OCCUPATIONAL HISTORY: Following his graduation from the military academy, Mr. Tollen briefly worked at a hotel as a front desk clerk before he joined the United States Air Force at the time of the Vietnam War. He recalled he was stationed in Southeast Asia and Japan. He denied witnessing combat but stated he "saw the effects of combat," adding he was stationed in Japan near a hospital and frequently saw those needing amputations arrive via plane. Mr. Tollen worked for the Air Force in aerospace ground equipment repair. He served four years in the Air Force and received an honorable discharge. Mr. Tollen is 100% service connected with the Veterans Administration (VA). Following his discharge from the military, Mr. Tollen reported he worked various jobs and was unable to hold a job for longer than six months at a time, adding, "I was suffering from that PTSD dilemma. I had a lot of distractions in my mind, I guess." Mr. Tollen later worked as a high school baseball coach and recruiter for Florida Air Academy. He became a baseball recruiter for Benedictine College in Kansas once his son went to college. He worked in this position until 2012 when he and his wife quit their jobs to care for his father-in-law for approximately two years. When he and his wife returned from serving in their caretaker role, Mr. Tollen reported he became a licensed health insurance agent working under United Healthcare. He stated the position lasted for three months because people started calling him and appeared drug-seeking.

As previously mentioned, Mr. Tollen is 100% service connected with the VA. He stated that for a time his wife was listed as his fiduciary because he "was held incompetent for a time to handle

my finances." When asked about the condition resulting in his disability, Mr. Tollen was vague and stated, "My condition. The records should show that."

MEDICAL HISTORY: Mr. Tollen reported his current medical concerns include high blood pressure that is managed with medication in the jail setting. He did not report any additional prescribed medications for physical concerns. Mr. Tollen has previously had cataract surgery but did not report an additional history of surgeries or medical hospitalizations. When asked about a history of head injuries, Mr. Tollen recalled that approximately 30 to 35 years ago he was playing softball and ran into a metal lamppost. He lost consciousness, was taken to the hospital, and required stitches above hie eye. He was kept briefly for observation but was not kept overnight. He denied a history of seizures. Mr. Tollen reported that before his arrest his medical care was managed through a primary care physician at the VA. He denied doctors expressing concern regarding his memory or cognitive functioning given his advanced age.

MENTAL HEALTH HISTORY: Mr. Tollen reported he first received mental health treatment after his discharge from the Air Force, adding, "I was really depressed and anxious." He stated he attended therapy due to the response he received upon his return home related to the Vietnam War. He stated, "I thought I would come back with a parade that my dad had and we got spit in the face. They called us baby killers." He recalled feeling depressed and becoming very anxious when he heard loud noises that in the city, as this reminded him of war. Mr. Tollen reported he attended therapy through the VA and was also treated by a community psychiatrist. He recalled he was prescribed Lithium (a mood stabilizer) and chloral hydrate (a sedative previously used to treat insomnia). He stated his VA records should provide all necessary information regarding his treatment. He reported he was diagnosed with Posttraumatic Stress Disorder (PTSD) by the VA. He described experiencing flashbacks from war, including villages being burned, and he stated he experienced auditory hallucinations telling him negative things about himself and his involvement in the war. Mr. Tollen last received mental health treatment approximately 30 to 35 years ago, adding he had not experienced symptoms since that time. Mr. Tollen did not report a history of suicidal ideations, suicide attempts, or self-injurious behaviors.

Mr. Tollen did not report a familial history of mental illness within his immediate family. He indicated he had an aunt and a cousin who received mental health treatment, but he was unsure of the reason for their treatment. He was not aware of a family history of suicide.

SOCIAL HISTORY: Mr. Tollen has been married three times. He reported his first significant relationship occurred when he was around the age of 12 and began dating a girl who grew up in his community, Lesbia. He recalled she was the same age as him. The couple dated for eight years and were married when Mr. Tollen joined the Air Force. The marriage lasted less than six months before the couple divorced after Mr. Tollen learned of his wife's infidelity. He acknowledged a history of domestic violence in this relationship but denied a history of arrests related to domestic violence. The couple did not share any children. Mr. Tollen met his second wife, Maria, while attending a technical school in Puerto Rico. The couple dated for less than a year before marrying and did not live together before marriage. Two years into the marriage, they had a daughter as a result of a planned pregnancy. Mr. Tollen reported his wife left New York, where their child was born, and returned to Puerto Rico. He stated he moved to Puerto Rico to have a relationship with his daughter. The marriage lasted for three years and ended due to Mr. Tollen engaging in extramarital relationships. Mr. Tollen met his current wife, Arlyn, in a paint shop in Puerto Rico in 1980 when he was 32 years old. He stated the couple dated for less

than two weeks before they were married, adding, "Everybody said I was crazy. I guess love at first sight does exist." He and his wife share one son, Mark. Mr. Tollen described his marriage to be a happy marriage and stated, "I love her to death. We've had ups and downs. We've worked on it and she works more than me." He denied a history of domestic violence in this relationship.

Mr. Tollen stated he is content with the quantity and quality of his friendships. He reported he has two close friends, adding he previously ended many friendships "because they were doing things I didn't want to be around." He described his wife to be his best friend. Mr. Tollen reported he spends his free time with his wife, adding the enjoy frequenting the beach together.

SUBSTANCE USE: Mr. Tollen reported a history of substance use including alcohol, nicotine, marijuana, cocaine, and experimentation with LSD and psilocybin mushrooms. He recalled he first used nicotine around the age of eight when he took cigarettes from the bar his grandparents owned. He has not used nicotine in 40 years. Mr. Tollen reported that when he was four years old, his father and his uncle provided him shots of liquor. Around age 13, he remembered he and his brother would steal bottles of alcohol from the stockroom of his grandparents' bar. Mr. Tollen reported he has not used alcohol in 40 years but he recalled there was a time when he drank every day and would drink excessively, namely liquor. When asked the reason for his increase in alcohol use at that time, he replied, "That's a good question. I guess it was just dumb. Maybe to cover my pain after the war. I would drink and pass out." He recalled he drank excessively, on a daily basis, for around two or three years until he ceased alcohol use altogether. Mr. Tollen first used marijuana around the age of eight, adding his father heard that he was smoking marijuana and he approached Mr. Tollen and told him he did not want him smoking with others aside from him. He acknowledged previous daily use of marijuana but has not used marijuana in 40 years. Mr. Tollen also previously used cocaine, with his first use occurring in his 20s following his discharge from the Air Force. He reported he sporadically used cocaine at times when he was drinking but has not used the substance in 40 to 45 years. He also experimented with LSD and psilocybin mushrooms on a few occasions after his discharge from the service. Mr. Tollen reported his current wife expressed concern over his substance use when he previously used alcohol and marijuana daily, adding she told him to cease his use of substances. He did not report a history of substance abuse treatment.

Regarding a family history of substance use, Mr. Tollen described his father to be an alcoholic. He often saw his father intoxicated. He recalled everyone in his family smoked and drank alcohol but he did not witness any additional substance use as a child.

LEGAL HISTORY: Mr. Tollen does not have an additional history of arrests.

COLLATERAL INFORMATION:

*Telephone interview with Arlyn Tollen, Mr. Tollen's wife, on April 11, 2024*

The undersigned provided a forensic notification and Mrs. Tollen agreed to participate in the current interview. She identified herself as the wife of Michael Tollen. She and Mr. Tollen have been married for 42 years. Mrs. Tollen reported her husband received treatment for high blood pressure and also received treatment at times for high cholesterol through the VA. Mrs. Tollen also stated she believed her husband displayed some symptoms of anxiety and had begun repeating himself at times within the past year. She did not attend doctors' appointments with her

husband and was unsure if doctors had ever expressed concern regarding his cognitive functioning or memory. Aside from repeating himself at times, Mrs. Tollen did not report any additional concerns with her husband's memory or cognitive functioning. She recalled her husband previously received mental health treatment years ago, within the early years of their marriage, including attending therapy and being prescribed psychiatric medication. She believed her husband sought mental health treatment at that time because "he said he kept seeing stuff, like visions." Mrs. Tollen also reported her husband previously drank alcohol and smoked marijuana in the first few years of their marriage but has not used any substances in 30 years.

*Telephone interview with Mark Tollen, Mr. Tollen's son, on April 11, 2024*

The undersigned provided a forensic notification and Mark Tollen agreed to participate in the current interview. He identified himself to be the biological son of Michael Tollen. He reported his father has some physical constraints related to his back but he was not aware of any additional physical or medical concerns for his father. When asked about any mental health concerns for his father, he stated his mother had shared with him that his father was "hoarding things he didn't really need like electronics." He indicated his mother would have more information regarding his father's mental status before his arrest. Mr. Tollen stated his father has always appeared "foggy" ever since he was a child, elaborating that his father was "all over the place" and had problems concentrating, but he did not report any significant concerns with his father's memory.

REVIEW OF RECORDS:

*Department of Veteran Affairs- Orlando Healthcare System records*

On June 16, 2014, Mr. Tollen presented as a walk-in for treatment after he had recently had eye surgery and experienced complications. He made contact with mental health providers at the VA to gain assistance coping with his current situation. His diagnostic impression was listed as Adjustment Disorder, mixed mood, and an appointment with the psychologist was scheduled for follow-up. On June 20, 2014, he attended a mental health initial evaluation following a referral from his primary care physician for symptoms of depression. He described symptoms including depression, lack of motivation, and social withdrawal following complications from cataract surgery in April 2014. Visit notes indicated Mr. Tollen is 100% service connected for undifferentiated schizophrenia due to experiences in the Vietnam War. Records indicated he had not received any mental health treatment since the late 1990's and had previously been treated with imipramine (an antidepressant), Thorazine (an antipsychotic), and temazepam (a sedative). During a visit on August 4, 2014, Mr. Tollen described that his depressive symptoms had been negatively affecting his intimacy with his wife and he continued to socially isolate from others. He decided not to return to work part-time as a health insurance agent.

On August 12, 2014, Mr. Tollen reported he had returned to using alcohol, citing the complications of his eye surgery, after he had previously abstained from alcohol use for many years. He was vague in his description of substance use but reported drinking beer and liquor until he passed out. Visit notes indicate Mr. Tollen appeared greatly preoccupied by the perceived changes in his body image, including a very mild drooping of his left eye, and he admitted that he would spend hours in the mirror looking at his face and even bought a magnifying mirror to look at his face more closely. Concerns of possible body dysmorphic

disorder were noted by the provider. He was prescribed sertraline (an antidepressant) to address symptoms of depression, which he stated he believed had been helpful. Mr. Tollen was recommended to attend substance abuse treatment but had declined treatment at the VA as well as the recommendation to go to AA meetings. He was agreeable to a trial of naltrexone (a medication used to treat alcohol use disorder). His diagnostic impressions were noted as Depressive Disorder not otherwise specified, history of undifferentiated schizophrenia (though the provider noted he did not believe this to be an accurate diagnosis), past diagnosis of PTSD, and Alcohol Use Disorder with a recent relapse. His primary care notes also indicated Mr. Tollen has a history of chronic Hepatitis C with elevated liver function studies, elevated glucose, and hyperlipidemia. Visit notes indicate Mr. Tollen reported one inpatient admission to the Bronx VA in the 70s or 80s following suicidal ideation and he received treatment at the Bronx VA in 1992. A past examination in 2010 had noted that Mr. Tollen suffered from PTSD but did not present with a history of psychosis, adding that his past diagnosis of psychosis appeared to be due to previous substance use. Mr. Tollen was described by the provider to be a poor historian of past dates in his history.

On September 3, 2014, Mr. Tollen presented for a psychiatric follow-up appointment. At the time of the appointment, Mr. Tollen continued to report symptoms including insomnia, isolation, depression, and he continued to voice that he feels he looks different. He stated he was still drinking alcohol but naltrexone had helped to reduce his alcohol intake, as he was only drinking four drinks a day since beginning the medication. On October 2, 2014, Mr. Tollen attended an initial therapy appointment with a psychologist. His diagnoses were listed as PTSD, Chronic and Unspecified Depressive Disorder.

On October 27, 2014, Mr. Tollen attended another psychiatric follow-up appointment. He expressed that his concern regarding his eye functioning and appearance is related to control, adding that with his visual issues he felt his wife now "has more control." He complained of some issues with his wife but declined to discuss these issues further with the provider. He reported he had reduced his alcohol consumption to two drinks a day.

During his next scheduled psychotherapy appointment on December 4, 2014, Mr. Tollen stated he had stopped taking sertraline (an antidepressant), as he was feeling better in mood and did not report any problematic depression or anxiety. He stated he felt he had achieved his goal and was ready to end services. He reported he and his wife had discussed their marital concerns and everything was resolved. Mr. Tollen requested to cancel all future mental health appointments. His mental health treatment services were discontinued at the Orlando VA on December 14, 2017, given that his last appointment with a provider was on December 4, 2014.

*Notably, records indicate Mr. Tollen's primary care provider was not affiliated with the VA and as such, much of his medical history remains unknown at this time.*

<u>MENTAL STATUS/BEHAVIORAL OBSERVATIONS</u>: At the time of the evaluation, Mr. Tollen was a 75-year-old, White Hispanic male who presented for the evaluation with adequate grooming and hygiene, dressed in clean jail-issued attire. Mr. Tollen was alert, pleasant, and cooperative during the evaluation. His eye contact was socially appropriate. His speech was clear and coherent but he did evidence some minor word-finding difficulty at times. Mr. Tollen was oriented to person, location, approximate date (provided a date two days off), and current situation. He correctly identified the current United States President. His attention and

concentration were adequate. Mr. Tollen described his current mood as "I feel upbeat because I feel that my team is working diligently on my behalf. I feel positive." He appeared euthymic and slightly anxious with congruent and appropriate affect. He did not report disturbances in sleep or appetite. Mr. Tollen did not report any current hallucinatory experiences but did state that he experiences thoughts that come from God, adding, "The positive thoughts." He did not appear distracted by internal stimuli. No delusional beliefs were elicited or endorsed during the interview. His thought process was goal-directed and logical and his remote memory appeared intact. His abstract reasoning was adequate as evidenced by his interpretation of proverbs and similarities. Mr. Tollen reported feelings of sadness related to his current legal situation but did not voice current suicidal or homicidal thoughts at the time of the interview. During the administration of psychological testing, he appeared engaged, and he completed the tasks accordingly.

TESTS/INSTRUMENTS ADMINISTERED:

>Rey 15-Item Test
>Montreal Cognitive Assessment, Version 8.1, English (MoCA)
>Minnesota Multiphasic Personality Inventory, Second Edition (MMPI-2)

Mr. Tollen completed the **Rey 15-Item Test**, a visual memory test used to assess effort and to aid in detecting feigned or exaggerated memory impairment. The assessment was used as a performance validity measure as part of the current evaluation. On the free-recall trial, Mr. Tollen correctly recalled 11 out of 15 items. On the recognition trial, he correctly identified 14 out of 15 items and did not select any non-target items. His obtained combined score on the free-recall trial and the recognition trial was indicative of adequate demonstrated effort.

Mr. Tollen was administered the **Montreal Cognitive Assessment (MoCA)**, a cognitive screening test designed to assist health professionals in the detection of mild cognitive impairment and Alzheimer's disease. On this administration of the MoCA, Mr. Tollen's obtained score of 24 out of 30 was indicative of mild cognitive impairment. He evidenced moderate deficits in visuospatial and executive functioning and minor deficits in naming, serial subtraction, and in delayed recall.

Mr. Tollen was also administered the **Minnesota Multiphasic Personality Inventory, Second Edition (MMPI-2)**, a 567-item self-report objective measure designed to assess personality characteristics and overall psychological adjustment. The protocol was computer scored using software published by Pearson in order to generate an interpretive report. Elements of his interpretive report are contained herein. On this administration of the MMPI-2, Mr. Tollen responded to all test items. However, his profile has marginal validity because he attempted to present himself in an overly positive light by minimizing faults and denying psychological problems. Such profiles are characteristic of individuals who are trying to maintain the appearance of adequacy and self-control. As such, the clinical profile may be an underestimate of his psychological problems. The respondent is likely to have little awareness of his difficulties, is likely to be rigid and inflexible in his approach to problems, and may not be open to psychological self-evaluation. Given his response style, Mr. Tollen's profile was considered valid for interpretation with caution.

TOLLEN, MICHAEL
Page 9 of 11

Individuals with similar profiles to Mr. Tollen tend to exhibit a pattern of chronic psychological maladjustment and frequently have histories of acting-out behavior, including outbursts of anger. Mr. Tollen reported many vague physical complaints, especially symptoms of tension, insomnia, and stomach distress. His profile suggests he is emotionally immature, is dependent and demanding, and tends to become irritable when his demands are frustrated. He appears to have good social skills and denies any problems interacting with other people. He is overly concerned and sensitive about what others think about him. He shows a tendency toward problems with authority and may have conflicts over rules. His responses suggest he feels intensely fearful about a large number of objects and activities, which may be debilitating to him in work and social situations. Interpersonally, Mr. Tollen appears to be rather dependent, demanding, and manipulative in interpersonal relationships. He may act in a threatening or physically aggressive manner if frustrated.

DSM-5-TR DIAGNOSTIC IMPRESSIONS:

> Unspecified Anxiety Disorder
> Posttraumatic Stress Disorder (PTSD) (by history)
> Unspecified Depressive Disorder (by history)
> Alcohol Use Disorder, Severe, In a controlled environment, In sustained remission
> Rule out: Unspecified Neurocognitive Disorder

SUMMARY: Mr. Tollen was referred for an evaluation to assess his psychological functioning and psychosocial history related to potential areas of mitigation for the Court's consideration. Mental health records from the VA indicate Mr. Tollen was identified as 100% service connected for Undifferentiated Schizophrenia following his military service around the time of the Vietnam War. It is important to note that in mental health records reviewed, providers expressed concern about whether the diagnosis of schizophrenia was accurate, noting he presented with symptoms of PTSD and substance use that may have resulted in the prior diagnosis. Nevertheless, mental health records reviewed indicate Mr. Tollen has a history of one inpatient hospitalization at the Bronx VA following suicidal ideation, outpatient treatment through the Bronx VA in 1992, and outpatient mental health treatment through the Orlando VAMC in 2014 to address symptoms of depression. On psychological testing administered, Mr. Tollen attempted to present himself in an overly positive light by minimizing faults and denying psychological problems, contributing to the psychological assessment having marginal validity for interpretation as the profile likely underestimates the extent of any current symptomatology present. His response style makes it difficult to reliably assess if Mr. Tollen currently presents with any active psychological symptoms that require ongoing treatment at this time, and if so, the severity of any symptoms present. Nevertheless, based on the forensic interview, psychological testing, records reviewed, and collateral sources, it appears Mr. Tollen has a history of mental health treatment through the VA for posttraumatic symptomatology, depression, and anxiety. Although he did not report recent mental health treatment preceding his arrest, collateral contacts and observations during the current evaluation were suggestive of symptoms of anxiety and mild cognitive impairment that may have affected his reasoning and judgment at the time of the alleged offense. *It is important to note that the following is offered not as an excuse for his actions but as contributing factors to his behavior.*

Mr. Tollen has been assigned the diagnosis of an Unspecified Anxiety Disorder. Collateral contacts reported he presented with symptoms of anxiety, including racing thoughts and

concentration difficulties. Although the interpretation of psychological testing was limited given his response style and positive impression management, Mr. Tollen's responses were suggestive of symptoms of tension, insomnia, and stomach distress, he is overly concerned and sensitive about what others think about him, and he feels intensely fearful about a large number of objects and activities. Mr. Tollen also has a past history of symptoms of anxiety, depression, and treatment for Posttraumatic Stress Disorder and Unspecified Depressive Disorder through the VA. He experienced adverse childhood experiences and displayed symptoms of anxiety and depression as a young adult, particularly following his military service. He required one previous inpatient hospitalization with the VA due to suicidal ideation and he has previously engaged in substance use, namely alcohol use, as a tension-reducing behavior. Notably, Mr. Tollen has not received recent mental health treatment within the past ten years to manage his symptoms.

Mr. Tollen's wife also reported some minor deficits in his cognitive functioning, adding that within the past year her husband began repeating himself at times. During the current evaluation, Mr. Tollen evidenced some minor word-finding difficulty and his performance on a cognitive screening measure was indicative of mild cognitive impairment, which could also compromise his ability to make sound and rational decisions. Without review of medical records, it remains uncertain if the observed cognitive and memory deficits are related to expected and normative age-related decline or if the deficits are greater in severity and may be suggestive of a neurocognitive disorder. Mr. Tollen appeared to attempt to present well during the evaluation and may have been trying to hide any deficits, which is not uncommon in those who experience cognitive impairment. Available mental health records noted a history of chronic Hepatitis C, hyperlipidemia, and elevated liver function studies which can increase his risk of developing a neurocognitive disorder. A review of medical records, such as those by his identified primary care physician if available, would be beneficial in identifying if doctors have expressed concern about his cognitive functioning. No concerns of his cognitive functioning were noted in mental health records available, although these records dated nearly 10 years ago.

In considering his developmental history, a modest number of individuals like Mr. Tollen, who present with a history of adverse childhood experiences, can, if left untreated, go on to show signs of mental health issues that can contribute to maladaptive behaviors.[1] Research has shown that individuals with a history of adverse childhood experiences are at an increased risk of developing a wide range of psychiatric disorders, addictions, and medical illnesses.[2] As the number of adverse childhood experiences increases, so too does the risk of developing a wide range of psychiatric disorders, addictions, and medical illnesses. The Centers for Disease Control and Prevention (CDC) has found that 16% of adults have a history of 4 or more types of adverse childhood experiences (ACEs) in their history. Mr. Tollen presents with an ACE score of 8 out of 10. Mr. Tollen's parents separated when he was a teenager and he reported a history of physical and emotional abuse as a child by his father, as well as sexual abuse by a neighbor. He reported a history of emotional neglect and witnessed domestic violence between his mother and father, adding that his father was an alcoholic. He has previously required mental health treatment for depression, anxiety, and posttraumatic symptomatology that contributed to substance abuse. Individuals with an untreated mental illness tend to make poor decisions and

---

[1] Mallett, C. A. (2014). Youthful offending and delinquency: The comorbid impact of maltreatment, mental health problems, and learning disabilities. *Child & Adolescent Social Work Journal, 31*(4), 369-392.
[2] Zarse, E.M., Neff, M.R., Yoder, R., Hulvershorn, L., Chambers, J.E., & Chambers, R.A. (2019) The adverse childhood experiences questionnaire: Two decades of research on childhood trauma as a primary cause of adult mental illness, addiction, and medical diseases. *Cogent Medicine, 6(1)*. DOI: 10.1080/2331205X.2019.1581447

TOLLEN, MICHAEL
Page 11 of 11

have difficulties regulating their emotions and behaviors, likely contributing to the current offense. He has made poor choices as he is struggling with symptoms of anxiety and mild cognitive impairment that interferes with his ability to make sound judgments. The behavioral pattern observed may resolve once Mr. Tollen's emotional needs are remediated through targeted treatment.

RECOMMENDATIONS:

Based on the results of the current evaluation, the following recommendations are offered:

1. Collateral contacts and results of psychological testing were suggestive of symptoms of anxiety including racing thoughts, difficulty with concentration, tension, stomach distress, and intense fear. Mr. Tollen previously sought brief mental health treatment in 2014 but ended treatment abruptly after his reported symptoms had ceased. As such, it is presently recommended that Mr. Tollen participate in individual therapy to address his untreated anxious distress contributing to compromised judgment, poor decision-making, and impulsivity. Treatment should focus on improving his insight into his mental health and the and development of prosocial skills to manage negative emotional states and feelings of distress.

2. It is recommended that Mr. Tollen participate in an updated comprehensive psychiatric evaluation to address his unique needs and follow any recommended treatment. The addition of an appropriate psychiatric medication protocol can increase benefits in symptom management and help him to participate more effectively in targeted psychological therapies. The psychiatrist and other mental health providers should work together to ensure his needs are met comprehensively.

3. Mr. Tollen is considered a vulnerable person and is at high risk of victimization given his age, physical vulnerabilities, evidence of mild cognitive impairment, and the nature of his charges. Given Mr. Tollen's advanced age, his cognitive functioning and medical status should be evaluated on an ongoing basis and should be considered in decisions related to his housing placement.

Thank you for referring Mr. Tollen for an evaluation. If you have any questions concerning this report, I would be happy to discuss them with you.

Sincerely,

*Chelsea Bennett*

Chelsea Bennett, Psy.D.
Licensed Psychologist

CB/mh